UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-20107-PCH/Becerra

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCIA ANN MARIE DANIELS,

    Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The matter before the Court is Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 23]. In the report and recommendation, Judge Becerra recommends that Defendant Marcia Ann Marie Daniels freely and voluntarily entered a guilty plea to Counts One and Two of the indictment, which charged her with procuring citizenship or naturalization unlawfully, in violation of 8 U.S.C. § 1425(b), and making a false statement in a passport application, in violation of 18 U.S.C. § 1542. Judge Becerra recommends that Defendant Daniels's plea be accepted, that Defendant Daniels be adjudicated guilty of the offenses to which the guilty plea has been entered, and that a sentencing hearing be conducted for final disposition of this matter. Neither Defendant Daniels nor the Government filed an objection to Judge Becerra's report and recommendation. Accordingly, having reviewed the record *de novo*, it is

**ORDERED** that Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 23] is adopted and approved in its entirety. Defendant Daniels's guilty plea is accepted, and she is adjudged guilty of procuring citizenship or naturalization unlawfully and making a false statement in a passport application. A sentencing hearing is set before Judge Paul Huck at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Friday, September 24, 2021**, at 2:00 P.M.

**DONE AND ORDERED** in Miami, Florida, on July 16, 2021.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services